IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARY COLEMAN                                                                     PLAINTIFF

V.                                       4:25CV00040 JM

RESORT LIFESTYLES COMMUNITY, INC.                              DEFENDANT

## ORDER GRANTING MOTION TO DISMISS

Pending is the Defendant's Motion to Dismiss pursuant to Rule 4(m) and 12(b)(6). Plaintiff filed her complaint on January 16, 2025. Plaintiff failed to serve the Defendant within 90 days. *See* Fed. R.Civ. P. 4(m). For this reason, the complaint is dismissed without prejudice. For good cause shown, Defendant's motion to dismiss (Docket # 3) should be, and hereby is, granted.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of June, 2025.

_____
James M. Moody Jr.
United States District Judge