# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARY COLEMAN**                                                                                       **PLAINTIFF**

**V.**                                          **4:25CV00040 JM**

**RESORT LIFESTYLES COMMUNITY, INC.**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of June, 2025.

_____
James M. Moody Jr.
United States District Judge